UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
**JOHN DOE,**

                **Plaintiff,**

     **v.**

**ROCHESTER INSTITUTE OF TECHNOLOGY,**

                **Defendant.**
------------------------------------------------------------x

Case No.: 6:21-cv-6761

## MOTION TO PROCEED UNDER PSEUDONYM AND FOR PROTECTIVE ORDER

The undersigned attorneys hereby move this Court to allow the Plaintiff in the above captioned action to proceed under the pseudonym John Doe and for a protective order for the reasons set forth in the accompanying (i) Plaintiff's Memorandum of Law in Support of Plaintiff's Motion to Proceed Under Pseudonym and for Protective Order and (ii) Declaration of Philip A. Byler, Esq. In Support of Plaintiff's Motion to Proceed Under Pseudonym and for Protective Order.

**Dated:   December 28, 2021**

                                                                                    **Respectfully submitted,**
                                                                                    **NESENOFF & MILTENBERG, LLP**

                                                                                    **By: /s/ *Philip A. Byler***
                                                                                        **Philip A. Byler, Esq.**
                                                                                        **Andrew T. Miltenberg, Esq.**
                                                                                        **363 Seventh Avenue, 5th Floor**
                                                                                        **New York, NY 10001**
                                                                                        **(212) 436-4500**
                                                                                        pbyler@nmllplaw.com
                                                                                         amiltenberg@nmllplaw.com

                                                                    *Attorneys for Plaintiff John Doe*