UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JOHN DOE,

           Plaintiff,

v.                Civil Action No. 21-cv-6761

ROCHESTER INSTITUTE OF TECHNOLOGY,

           Defendant.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure Rule 7.1, Defendant Rochester Institute of Technology, through the undersigned counsel of record, Bond, Schoeneck, and King, PLLC, hereby states that Rochester Institute of Technology is a private university, does not have a parent corporation, and there are no publicly-held corporations that own 10% or more of its stock.

Dated: February 3, 2022

BOND, SCHOENECK & KING, PLLC

By: _____
Jennifer Schwartzott, Esq.
*Attorneys for Defendant, Rochester Institute of Technology*
350 Linden Oaks, 3rd Floor
Rochester, NY 14526
Telephone: (585) 362 - 4848
Email: jschwartzott@bsk.com

## CERTIFICATE OF SERVICE

I hereby certify that, on February 3, 2022, the foregoing Corporate Disclosure Statement was electronically filed with the Clerk of the United States District Court for the Western District of New York, using the CM/ECF system, which sent notification of such filing to the following:

Philip A. Byler, Esq.
Andrew T. Miltenberg, Esq.
*Attorneys for Plaintiff*
363 Seventh Avenue
Fifth Floor
New York, NY 10001
Email: pbyler@nmllplaw.com
Email: amiltenberg@nmllplaw.com

_____
Jennifer M. Schwartzott, Esq.