

350 Linden Oaks, Third Floor | Rochester, NY 14625-2825 | **bsk.com**

**JENNIFER M. SCHWARTZOTT, ESQ.**
jschwartzott@bsk.com
P: 585.362.4848
F: 585.362.4885

April 11, 2022

**VIA CM/ECF**

Hon. Marian W. Payson
United States Magistrate Judge
U.S. District Court – Western District of New York
100 State Street
Rochester, New York 14614

Re:   *Doe v. Rochester Institute of Technology*
      Civil Action No. 6:21-cv-06761-FPG-MWP

Dear Judge Payson:

Please let this serve as a response to the Court's Text Order 10.  Defendant Rochester Institute of Technology does not oppose Plaintiff's motion to proceed under a pseudonym. To the extent the Court would like RIT to file something more formal expressing its opinion in this regard, please advise.

Respectfully,

BOND, SCHOENECK & KING, PLLC

Jennifer M. Schwartzott

JMS/slm

cc:   Philip A. Byler, Esq. (via CM/ECF)