UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JOHN DOE,

                    Plaintiff,

       v.                                          Civil Action No. 21-cv-6761

ROCHESTER INSTITUTE OF TECHNOLOGY,

                    Defendant.

## PROPOSED JOINT SCHEDULING PLAN

Pursuant to Federal Rules of Civil Procedure Rule 26(f) and Local Civil Rule of Procedure 16(b), Plaintiff John Doe, through his counsel of record, Nesenoff & Miltenberg, LLP, and Defendant Rochester Institute of Technology, through its counsel of record, Bond, Schoeneck & King, PLLC, have met and conferred about the discovery plan, and hereby propose the following:

- <u>Deadlines</u> – the Parties propose the following deadlines:
  - Request for ADR/settlement conference – May 16, 2022
  - Report on deposition hours – May 16, 2022
  - Joinder of parties/amendment of pleadings – May 30, 2022
  - Plaintiff's Rule 26(a)(2) disclosures – June 20, 2022
  - Defendant's Rule 26(a)(2) disclosures – July 18, 2022
  - Plaintiff's rebuttal Rule 26(a)(2) disclosures – August 8, 2022
  - Supplemental Rule 26(a)(2) disclosures – August 29, 2022
  - Discovery deadline – October 31, 2022

- o   Requests for admission – November 14, 2022

- o   Deadlines for disclosure of expert witnesses, if any – December 5, 2022

- o   Dispositive Pre-trial motion deadline – February 1, 2023

- <u>Electronically Stored Information</u> – counsel for Defendant Rochester Institute of Technology is familiar with and procured the electronic files RIT created, developed, and maintained, and able to produce same in a digital format if requested.

- <u>Privileged or Trial Preparation Materials</u> – the Parties agree to notify counsel immediately upon learning the opposing party or counsel for same inadvertently disclosed attorney-client privileged information and/or attorney work product.

Dated: May 3, 2022                                                         BOND, SCHOENECK & KING, PLLC

By: *s/ Jennifer M. Schwartzott*
Jennifer M. Schwartzott, Esq.
*Attorneys for Defendant Rochester Institute of Technology*
350 Linden Oaks, Third Floor
Rochester, NY 14526
Telephone: (585) 362-4848
Email: jschwartzott@bsk.com

2

NESENOFF & MILTENBERG, LLP

By: _s/ Philip A. Byler_
Philip A. Byler, Esq.
*Attorneys for Plaintiff John Doe*
363 Seventh Avenue, Fifth Floor
New York, NY 10001
Telephone: (212) 736-4500
Email: pbyler@nmllplaw.com
