UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JOHN DOE,

                Plaintiff,

    v.

ROCHESTER INSTITUTE OF TECHNOLOGY,

                Defendant.
_____

<u>ORDER</u>

21-CV-6761G

        Plaintiff John Doe ("plaintiff") having filed a motion to proceed under a pseudonym and for a protective order (Docket # 2), and defendant Rochester Institute of Technology ("defendant") having not opposed that motion (Docket # 12), this Court having reviewed the parties' submissions, and oral argument having been conducted on May 3, 2022, it is hereby

        ORDERED, that for the reasons stated more fully on the record on May 3, 2022, plaintiff's motion to proceed under a pseudonym and for a protective order **(Docket # 2)** is **GRANTED**. Accordingly, plaintiff shall continue to be referred to as "John Doe," and the nonparty individual identified in the complaint as "Jane Roe" shall continue to be referred to as "Jane Roe."

**IT IS SO ORDERED.**

                                                        *s/Marian W. Payson*
                                                    MARIAN W. PAYSON
                                                  United States Magistrate Judge

Dated: Rochester, New York
          May 3, 2022