UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JOHN DOE,

           Plaintiff,                    **NOTICE OF APPEARANCE**

vs.

ROCHESTER INSTITUTE OF TECHNOLOGY,      Civil Action No. 21-6761G

           Defendant.
_____

      PLEASE TAKE NOTICE that Stephanie Hoppe Fedorka, Esq. of Bond, Schoeneck & King, PLLC hereby appears as attorney of record for Defendant Rochester Institute of Technology in the above-entitled action.

DATED:  June 29, 2022

                                            BOND, SCHOENECK & KING, PLLC

                                            By:  /s/ Stephanie Hoppe Fedorka
                                                 Stephanie Hoppe Fedorka, Esq.
                                            350 Linden Oaks, Third Floor
                                            Rochester, New York  14625
                                            Telephone:  315.218.8176
                                            Email:  sfedorka@bsk.com

14259064.1