UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JOHN DOE,

                Plaintiff,

v.

ROCHESTER INSTITUTE OF TECHNOLOGY,

                Defendant.

**STIPULATION**
**SELECTION OF MEDIATOR**

Civil Action No. 21-cv-6761

IT HEREBY IS STIPULATED AND AGREED, by and between all parties to this action, that William G. Bauer, Esq. was selected to serve as Mediator for this action.

IT IS FURTHER STIPULATED AND AGREED, in consultation with the Mediator, that the initial mediation session was held on July 12, 2022.

IT IS FURTHER STIPULATED AND AGREED counsel participated in the mediation session in good faith and confer with the Mediator regarding the scheduling of additional conference(s), bearing in mind the deadline for the completion of ADR set forth in the Court's Scheduling Order.

Dated:  September 22, 2022

| NESENOFF & MILTENBERG, LLP | BOND, SCHOENECK & KING, PLLC |
|---|---|
|     */s/ Philip A. Byler* |     */s/ Jennifer Schwartzott* |
| Philip A. Byler, Esq. | Jennifer Schwartzott, Esq. |
| Andrew T. Miltenberg, Esq. | *Attorneys for Defendant,* |
| *Attorneys for Plaintiff* | *Rochester Institute of Technology* |
| 363 Seventh Avenue, Fifth Floor | 350 Linden Oaks, Third Floor |
| New York, NY 10001 | Rochester, NY 14526 |
| Phone: (212) 736-4500 | phone: (585) 362 - 4848 |
| Email: pbyler@nmllplaw.com | Email:  jschwartzott@bsk.com |
| Email: amiltenberg@nmllplaw.com | |

14842331.1